# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARII KROUTILIN,<br><br>              Plaintiff,<br><br>       v.<br><br>FCA US, LLC; and DOES 1 through 10, Inclusive,<br><br>              Defendants. | CASE NO. 8:22-CV-00929-FWS-DFM<br><br>**ORDER ENTERING JUDGMENT PURSUANT TO REQUEST UNDER FEDERAL RULE OF CIVIL PROCEDURE 68(a) [37]** |

///

///

///

Pursuant to Plaintiff Marii Kroutilin's acceptance of Defendant FCA US, LLC's Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68, dated August 22, 2023, as filed with the court, (Dkt. 37, Exh. 1), the court hereby **ENTERS JUDGMENT** in favor of Plaintiff in the amount of $62,034.60 pursuant to the terms of the Offer of Judgment (Dkt. 37, Exh. 1).

**IT IS SO ORDERED**.

Dated:  January 9, 2024

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE